IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
METROPOLITAN LIFE           )
INSURANCE COMPANY,          )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:12cv306-MHT
                            )          (WO)
M.E.C. (a minor) and        )
MIKKI D. BRASHER,           )
                            )
     Defendants.            )
```

ORDER

Plaintiff Metropolitan Life Insurance Company filed this interpleader action pursuant to Federal Rule of Civil Procedure 22 against defendants M.E.C. (a minor child) and Mikki D. Brasher seeking to have them determine between themselves who is the proper beneficiary of a life-insurance policy. This lawsuit is now before the court on a joint motion to pay funds into the court. In light of representations made during an on-the-record conference call held on June 6, 2012, it is ORDERED that:

(1) The joint motion to pay funds into the court (Doc. No. 17) is granted to the extent that plaintiff Metropolitan Life Insurance Company is to deposit with the court the policy amount ($ 120,000) plus any applicable interest due under the terms of the life-insurance plan.

(2) Honorable Andrew Salser, Mountain Brook Center, 2700 U.S. Highway 280, Suite 210, Birmingham, Alabama, 35223, is appointed guardian ad litem to represent the minor defendant, M.E.C.

(3) The court reserves the question of who to pay the expenses of the guardian ad litem.  The court also reserves judgment on whether the proposed settlement is fair until a hearing has been held on the matter.

DONE, this the 7th day of June, 2012.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE